AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00355 |
| AUSTIN M. OLSON | ) Assigned To : Judge Moxila A. Upadhyaya |
| DOB: xx/xx/xxxx PDID: xxx-xxx | ) Assign. Date : 11/6/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 5, 2024  in the county of _____  in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 40 U.S.C. § 5104(e)(1)(A)(i) | Unlawful activities (Carry on the Grounds or in any of the Capitol Buildings a firearm, a dangerous weapon, explosives, or an incendiary device) |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA James M. Soltes, U.S. Capitol Police
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 11/06/2024

_____
*Judge's signature*

City and state:  Washington, DC    U.S. Magistrate Judge
*Printed name and title*